# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Dianne Carter El-Bey,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-384-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| **Warren L. Tadlock,** | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2014 Order.

December 16, 2014

_____

Frank G. Johns, Clerk
United States District Court